IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN DAVID ROSE,

    Petitioner,               No. CIV S-03-1502 LKK JFM P

    vs.

STEPHEN MAYBERG, Director,

    Respondent.             ORDER

_____/

        The Ninth Circuit Court of Appeals has addressed the question of when challenges to civil commitments are rendered moot by the expiration of the term of commitment and whether a petitioner who does not file a federal habeas petition until after a term of civil commitment has expired has standing to collaterally attack that underlying civil commitment. Jackson v. Cal. Dept. of Mental Health, 399 F.3d 1069 (9th Cir. 2005).

        Although it appears petitioner remains a patient at Atascadero, it is unclear whether the state has filed a third commitment proceeding against petitioner or whether he remains committed based on the second commitment proceeding. Good cause appearing, petitioner shall file a statement clarifying the status of his commitment history during the pendency of this action. Both parties will be allowed to file further briefing concerning the application of Jackson, supra, to this action.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Within twenty days from the date of this order, petitioner shall file a statement setting forth the status of petitioner's commitment history during the pendency of this action;

      2.  Within twenty days from the date of this order both petitioner and respondent may file a supplemental brief concerning the application of <u>Jackson</u>, <u>supra</u>, to this action.

DATED:   June 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; rose1502.fb2