IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN DAVID ROSE, JR.,

    Petitioner,               No. CIV S-03-1502 LKK JFM P

    vs.

STEVEN MAYBERG, DIRECTOR,

    Respondent.            ORDER

_____/

        Petitioner is a civil detainee in state custody proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 22, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 5, 2005, petitioner was granted until August 24, 2005 to file objections. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |    Accordingly, IT IS HEREBY ORDERED that:
4 |    1. The findings and recommendations filed July 22, 2005, are adopted in full; and
5 |    2. Petitioner's application for a writ of habeas corpus is denied.
6 | DATED: September 19, 2005.

                /s/Lawrence K. Karlton
                UNITED STATES DISTRICT JUDGE

/rose1502.805