1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11   WARREN DAVID ROSE, JR.,

12            Petitioner,                    No. CIV S-03-1502 LKK JFM P

13        vs.

14   STEPHEN MAYBERG, et al.,

15            Respondents.                   ORDER

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

18   this court's September 20, 2005 denial of his application for a writ of habeas corpus.  Before

19   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

20   Fed. R. App. P. 22(b).

21            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

22   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

23   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

24   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

25            A certificate of appealability should be granted for any issue that petitioner can

26   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1    court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3            Petitioner has made a substantial showing of the denial of a constitutional right in

4    the following issues presented in the instant petition:

5            1. Whether petitioner's due process rights were violated by the trial court's

6    failure to apply res judicata and collateral estoppel principles to his 2000-2001 SVP trial

7    proceedings; and whether, in rejecting this ground for relief, the District Court's application of

8    Section 2254(d)(1) to bar relief was unconstitutional; and

9            2. Whether petitioner's due process rights protected by the Fourteenth

10   Amendment were violated by the trial court's refusal to instruct that the jury had to find

11   petitioner suffered from a mental condition which rendered him dangerous beyond his control

12   before the jury could return a true verdict.

13           Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

14   issued in the present action.

15   DATED:  September 27, 2005.

16

17                                          /s/Lawrence K. Karlton
                                            UNITED STATES DISTRICT JUDGE
18   /rose1502.830

19

20

21

22

23

24

---

25       [1] Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause. <u>Jennings</u>, at 1010.